UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERYL E. KNOWLES,<br><br>       Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>       Defendants.<br>_____/ | 1:07-cv-01107-LJO-SMS-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 4)<br><br>**ORDER DISMISSING ACTION** |

Plaintiff, Veryl E. Knowles ("plaintiff"), is a federal prisoner proceeding pro se in this civil rights action pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971).  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On October 1, 2007, the Magistrate Judge filed Findings and a Recommendation herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendation were to be filed within thirty (30) days.  To date, plaintiff has not filed objections thereto.[1]

---

[1] The United States Postal Service returned the order served on plaintiff on October 18, 2007, as undeliverable.  A notation on the envelope indicated:  Return to Sender - Inmate Gone - Forwarding Time Expired.  However, plaintiff has not notified the court of any change in his address.  Absent such notice, service at a party's prior address is fully effective.  <u>See</u> Local Rule 83-182(f).

1

1  In accordance with the provisions of 28 U.S.C.
2  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3  <u>de novo</u> review of this case.  Having carefully reviewed the
4  entire file, the Court finds the Findings and Recommendation to
5  be supported by the record and by proper analysis.
6  Accordingly, IT IS HEREBY ORDERED that:
7  1.  The Findings and Recommendation, filed October 1, 2007,
8  are ADOPTED in full; and,
9  2.  This action is DISMISSED based on plaintiff's failure
10 to obey the court's order of July 31, 2007.
11 IT IS SO ORDERED.
12 **Dated:   January 20, 2008**            /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE